# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| GEORGIA RENEWABLE POWER, LLC, GRP-MADISON, LLC, AND GRP-FRANKLIN LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>AMEC FOSTER WHEELER INDUSTRIAL POWER COMPANY, INC.; AMEC FOSTER WHEELER USA CORPORATION; AMEC FOSTER WHEELER NORTH AMERICA CORP.; AND WOOD GROUP USA, INC.,<br><br>Defendants | Case No.: 3:23-cv-00128 |

## PLAINTIFF GEORGIA RENEWABLE POWER, LLC'S
## CORPORATE DISCLOSURE STATEMENT

Plaintiff Georgia Renewable Power, LLC, by and through the undersigned counsel, hereby files this Corporate Disclosure Statement pursuant to Local Rule 87.1 stating as follows:

1. Plaintiff Georgia Renewable Power, LLC is a limited liability company that is 100% owned by its sole member, Greenfuels Energy, LLC. No other company is an owner of Georgia Renewable Power, LLC.

2. Plaintiff Georgia Renewable Power, LLC is the sole member and 100% owner of subsidiaries GRP North Carolina LLC and GRP Operating, LLC. GRP Operating, LLC is the sole member and 100% owner of GRP HoldCo, LLC, which is the sole member and 100% owner of GRP Borrower, LLC, which is the sole member and 100% owner of both Plaintiff GRP-Madison, LLC and Plaintiff GRP-Franklin, LLC.

Submitted this 16th day of November 2023.

>  */s/ J. Timothy McDonald*
> J. Timothy McDonald
> Georgia Bar No. 489420
> **THOMPSON HINE LLP**
> Two Alliance Center
> 3560 Lenox Road, Suite 1600
> Atlanta, Georgia 30326

Telephone: 404-541-2900
Facsimile:  404-541-2905
*tim.mcdonald@thompsonhine.com*

**GIBBONS, P.C.**
*Peter J. Torcicollo
*Damian V. Santomauro
*Charles S. Korschun
*Andrew J. Marino
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500

*Attorneys for Plaintiffs GRP-Madison, LLC; GRP-Franklin, LLC; and Georgia Renewable Power, LLC*

*\*pro hac vice applications pending*