**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | |
|---|---|
| GEORGIA RENEWABLE POWER, LLC, GRP-MADISON, LLC, AND GRP-FRANKLIN LLC,<br><br>            Plaintiffs,<br>vs.<br><br>AMEC FOSTER WHEELER INDUSTRIAL POWER COMPANY, INC.; AMEC FOSTER WHEELER USA CORPORATION; AMEC FOSTER WHEELER NORTH AMERICA CORP.; AND WOOD GROUP USA, INC.,<br><br>            Defendants. | CIVIL ACTION NO.<br><u>3:23-CV-00128-TES-WSF</u> |

## JOINT STIPULATION OF DISMISSAL

COME NOW the Plaintiffs Georgia Renewable Power, LLC, GRP-Madison, LLC, and GRP-Franklin, LLC and Defendants Amec Foster Wheeler Industrial Power Company, Inc., Amec Foster Wheeler USA Corporation, Amec Foster Wheeler North America Corp., and Wood Group USA, Inc. (together, the "Parties") and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby dismiss the above-styled civil action with prejudice. Each Party shall pay its own fees, costs, and expenses.

Respectfully submitted this 4th day of June, 2025.

*- Signatures on Following Page -*

*s/ J. Timothy McDonald*
J. Timothy McDonald
**THOMPSON HINE LLP**
J. Timothy McDonald
tim.mcdonald@thompsonhine.com
GA Bar No. 489420
Two Alliance Center
3560 Lenox Road NE, Suite 1600
Atlanta, Georgia 30326-4266
Telephone: (404) 407-3623

**GIBBONS, P.C.**
Peter J. Torcicollo
Damian V. Santomauro
Charles S. Korschun
Andrew J. Marino
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500

*Attorneys for Plaintiffs*
*GRP-Madison, LLC; GRP-Franklin, LLC*; *and Georgia Renewable Power, LLC*

*s/ Mike H. Shanlever*
Mike H. Shanlever
mike.shanlever@alston.com
**ALSTON & BIRD LLP**
1201 W. Peachtree Street, N.E., #4900
Atlanta, Georgia 30309
Telephone: (404) 881-7619

John D. Hanover
john.hanover@alston.com
**ALSTON & BIRD LLP**
350 S Grand Avenue, 51st Floor
Los Angeles, CA 90071

*Attorney for Defendants AMEC Foster Wheeler Industrial Power Company, Inc. and Amec Foster Wheeler USA Corporation*

*s/ Curtis J. Roming*
Curtis J. Romig
*curtis.romig@bclplaw.com*
**BRYAN CAVE LEIGHTON PAISNER LLP**
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Telephone: 404-572-6600

*Attorney for Defendants AMEC Foster Wheeler North America Corp. and Wood Group USA, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Joint Stipulation of Dismissal was filed using the CM/ECF system and has been served on the parties listed below:

<div style="columns:2">

Mike H. Shanlever
mike.shanlever@alston.com
**ALSTON & BIRD LLP**
1201 W Peachtree St NE #4900
Atlanta, GA 30309

John D. Hanover
john.hanover@alston.com
**ALSTON & BIRD LLP**
350 S Grand Ave 51st Floor,
Los Angeles, CA 90071

*Attorney for Defendants AMEC Foster Wheeler Industrial Power Company, Inc. and Amec Foster Wheeler USA Corporation*

Curtis J. Romig
*curtis.romig@bclplaw.com*
**BRYAN CAVE LEIGHTON PAISNER LLP**
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309

*Attorney for Defendants AMEC Foster Wheeler North America Corp. and Wood Group USA, Inc.*

</div>

This 4th day of June 2025.

*/s/ J. Timothy McDonald*
J. Timothy McDonald
Georgia Bar No. 489420
**THOMPSON HINE LLP**
Two Alliance Center
3560 Lenox Road NE, Suite 1600
Atlanta, GA 30326-4266
Telephone: (404) 407-3623
tim.mcdonald@thompsonhine.com

**GIBBONS, P.C.**
Peter J. Torcicollo
Damian V. Santomauro
Charles S. Korschun
Andrew J. Marino
One Gateway Center
Newark New Jersey 07102
Telephone: (973) 596-4500

*Attorneys for Plaintiffs
GRP-Madison, LLC; GRP-Franklin, LLC; and Georgia Renewable Power, LLC*